AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**JIMMY L. MCFADDEN,**

      **Plaintiff,**

                        JUDGMENT IN A CIVIL CASE

v.

                        CASE NO. 2:14-CV-00584

**CAROLYN W. COLVIN,**          **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**ACTING COMMISSIONER OF**    **MAGISTRATE JUDGE TERENCE P. KEMP**
**SOCIAL SECURITY,**

      **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed February 17, 2015, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further development of the record.**

Date:  February 17, 2015                    RICHARD W. NAGEL, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk